UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Elizabeth Ingrid Watson

**Case/AP Number** 18-14097 **-FJB**
**Chapter** 7

#11 Motion filed by Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 for Relief from Stay Re: 200 Lincoln Avenue, Saugus, MA 01906

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved         _____Moot

_____Denied         _____Denied without prejudice      _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  No objection having been filed, and good cause having been stated, the movant is hereby granted relief from the automatic stay to exercise its rights as to the property.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 12/14/2018
Frank J. Bailey
United States Bankruptcy Judge